Form 154A

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

4

In re:                                                          Bankruptcy Case No.: 20–21879–GLT

                                                               Chapter: 13

**Robert E. Griffin Sr.**
      Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **August 28, 2020**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System.

Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
      U.S. Bankruptcy Court
      c/o CLAIMS CLERK
      5414 U.S Steel Tower
      600 Grant Street
      Pittsburgh, PA 15219

Dated: 6/22/20

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 20-21879-GLT
Robert E. Griffin, Sr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin           Page 1 of 1            Date Rcvd: Jun 22, 2020
                             Form ID: 154A          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db          #+Robert E. Griffin, Sr.,     328 Crescent Garden Drive,     Pittsburgh, PA 15235-3543
15256391      Duquesne Light Company,     c/o Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1900
15256392     +Municipality of Penn Hills,     c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
15256393     +Penn Hills School District,     c/o Maiello Brungo & Maiello,    Foxpointe II,
              100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
15256394     +Steven P. Kelly, Esquire,    Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,
              Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15256389     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 23 2020 04:05:12
              Capital One Auto Finance,    c/o  AIS Portfolio Services, L.P.,    P.O. Box 4360,
              Houston, TX 77210-4360
15256390     +E-mail/Text: jennifer.chacon@spservicing.com Jun 23 2020 04:03:30
              Deutsche Bank, National Trust Company,    c/o Select Portfolio Servicing, Inc.,
              3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
                                                                                    TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
        Michael S. Geisler    on behalf of Debtor Robert E. Griffin, Sr. m.s.geisler@att.net,
          msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 3