IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ROBERT E. GRIFFIN, SR.,** | : | Case No. **20-21879-GLT** |
| *Debtor* | : | |
| **ROBERT E. GRIFFIN, SR.,** | : | Doc. No._____ |
| *Movant,* | : | |
| vs. | : | Filed under Section |
| **CAPITAL ONE AUTO FINANCE, DEUTSCHE BANK, NATIONAL TRUST COMPANY, c/o** | : | 362(c)(3) of the |
| **SELECT PORTFOLIO SERVICING, INC., DUQUESNE LIGHT COMPANY,** | : | Bankruptcy Code |
| **MUNICIPALITY OF PENN HILLS and PENN HILLS SCHOOL DISTRICT,** | : | |
| *Respondents* | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY UNDER
SECTION 362 (c)(3) OF THE BANKRUPTCY CODE**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion by no later than **7/14/2020**, (i.e., seventeen (17) days after the date of the service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the general procedures of this Court, and the general procedures of the presiding judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A **telephonic** hearing will be held on **7/15/2020 at 10:00 a.m.** before the Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with Court Call at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020) , which may be found at www.pawb.uscourts.gov/procedures-2.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

DATED: 6/27/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movants
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net