IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
| :--- | :--- | :--- |
|  | : |  |
| **ROBERT E. GRIFFIN, SR.** | : | Case No.    **20-21879-GLT** |
|  | : |  |
|  | : |  |
| Debtors | : | Doc No. |

## EMPLOYEE INCOME RECORD

| Date | 2/1/2020 | 3/1/2020 | 4/1/2020 | 5/1/2020 | 6/1/2020 | 7/1/2020 |
| :--- | :--- | :--- | :--- | :--- | :--- | :--- |
| VA | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| SS | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |

DATED:    7/16/2020

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Tele: (412) 613-2133
Pa. I.D. No. 39414
E-Mail: m.s.geisler@att.net