FILED
7/16/20 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| **ROBERT E. GRIFFIN, SR.,** | : Case No. **20-21879-GLT** |
| *Debtor* | : |
| **ROBERT E. GRIFFIN, SR.,** | : Doc. No._____ |
| *Movant,* | : |
| vs. | : Filed under Section |
| **CAPITAL ONE AUTO FINANCE, DEUTSCHE BANK, NATIONAL TRUST COMPANY, c/o** | : 362(c)(3) of the |
| **SELECT PORTFOLIO SERVICING, INC., DUQUESNE LIGHT COMPANY,** | : Bankruptcy Code |
| **MUNICIPALITY OF PENN HILLS and PENN HILLS SCHOOL DISTRICT,** | : |
| *Respondents* | : |

## ORDER OF COURT

AND NOW, this __16th Day of July, 2020__, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the automatic stay in this case is extended as to all named Respondents and will continue until further order of court.

_____
drb                                           J.

# ENTERED BY DEFAULT

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert E. Griffin, Sr.
    Debtor

Case No. 20-21879-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Jul 16, 2020
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
db          #+Robert E. Griffin, Sr.,    328 Crescent Garden Drive,    Pittsburgh, PA 15235-3543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:
       James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company et al. bkgroup@kmllawgroup.com
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
       Michael S. Geisler    on behalf of Debtor Robert E. Griffin, Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       Steven P Kelly    on behalf of Creditor    Deutsche Bank National Trust Company et al. skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                TOTAL: 6