**FILING FEE PAID*   (Yes) / No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **GRIFFIN, SR., ROBERT**   JAD/TPA/CMB/(GLT)

Case Number: **20-21879**

Date of Meeting: **8 / 17 / 20**   Recording # _____
Debtor(s) present ✓ or Not Present ___ ( No Payments Made or ✓ partial payments)
Attorney for debtor(s) **Geisler, Michael** (Present ✓ or Not Present ___)
Date of Plan at § 341: **7/16/20** Applicable commitment period ✓ 3 yrs ___ 5 yrs

Laurence Mester for Capital One Auto Note, Debtor received discharge in a Chapter 7 within 4 yrs of this case

Need amendment to Debtor's address.

Can't for Amended Schedules including sch C

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
✓ Amended Plan due: **8/31/20**; Objections due: **9/21/20**

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
___ 341 Meeting   OR  ✓ Conciliation Conf.  OR  ___ Contested Hearing
On **10/8/20** at **2:30** am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee