Form 314

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert E. Griffin Sr.** | : | Case No. 20−21879−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | Next Hearing Date: 10/8/2020 at 2:30 |
| | : | PM |

## ORDER

     **AND NOW,** this ***The 20th of August, 2020,*** as a result of the Proceeding held on August 17, 2020, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐     A.     The Parties cannot resolve the plan disputes, therefore, ***on or before September 21, 2020,*** all ***Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

     ***On October 8, 2020 at 02:30 PM,*** a Conciliation Conference is scheduled in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑     B.     ***On or before August 31, 2020,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* ***On or before September 21, 2020, Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

     ***On October 8, 2020 at 02:30 PM,*** a Conciliation Conference is scheduled in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

     If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐    C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 20-21879-GLT
Robert E. Griffin, Sr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas              Page 1 of 2          Date Rcvd: Aug 20, 2020
                            Form ID: 314            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db              #+Robert E. Griffin, Sr.,    328 Crescent Garden Drive,    Pittsburgh, PA 15235-3543
cr               +Deutsche Bank National Trust Company et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                   Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
cr               +Penn Hills School District and Municipality of Pen,    Tax Division,
                   c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                   Pittsburgh, PA 15235-4441
15256391          Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                   Pittsburgh, PA 15219-1900
15256392         +Municipality of Penn Hills,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                   Pittsburgh, PA 15235-4441
15256393         +Penn Hills School District,    c/o Maiello Brungo & Maiello,    Foxpointe II,
                   100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
15256394         +Steven P. Kelly, Esquire,    Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,
                   Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2020 04:29:14
                   Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                   Oklahoma City, OK 73118-7901
cr               +E-mail/Text: kburkley@bernsteinlaw.com Aug 21 2020 04:16:26     Duquesne Light Company,
                   c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                   Pittsburgh, PA 15219-1945
15278212         +E-mail/Text: bncmail@w-legal.com Aug 21 2020 04:16:07     Alliant Capital Management - HDH,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15256389         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2020 04:29:44
                   Capital One Auto Finance,    c/o AIS Portfolio Services, L.P.,    P.O. Box 4360,
                   Houston, TX 77210-4360
15264211         +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 21 2020 04:30:15
                   Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
15257623         +E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2020 04:16:33
                   Deutsche Bank National Trust Company et al.,    c/o Select Portfolio Servicing, Inc.,
                   3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
15264670          E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2020 04:16:33
                   Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                   P.O. Box 65250,    Salt Lake City, UT 84165-0250
15256390         +E-mail/Text: jennifer.chacon@spservicing.com Aug 21 2020 04:16:33
                   Deutsche Bank, National Trust Company,    c/o Select Portfolio Servicing, Inc.,
                   3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
15278282         +E-mail/Text: bncmail@w-legal.com Aug 21 2020 04:16:07     SCOLOPAX, LLC,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Capital One Auto Finance
15265586*         Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                   P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2           Date Rcvd: Aug 20, 2020
                              Form ID: 314            Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2020 at the address(es) listed below:

```
          James    Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company et al.
           bkgroup@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Laurence A. Mester     on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
           jschwartz@mesterschwartz.com
          Michael S. Geisler     on behalf of Debtor Robert E. Griffin, Sr. m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          Steven P Kelly     on behalf of Creditor    Deutsche Bank National Trust Company et al.
           skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                              TOTAL: 8
```