**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In re:<br>Robert E. Griffin, Sr.<br>　　　　　Debtor.<br><br><br>SSN # XXX-XX-1669 | CHAPTER 13<br>CASE NO. 20-21879<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM |

TO: Attorney for the Debtor: Michael S. Geisler
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Scolopax, LLC, for account # **XXXXXTMO8**, in the amount of $252.52 docketed by the court on **August 18, 2020**, claim number 8.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:　　September 15, 2020

　　　　　　　　　　　　　　　　　　　　　　　　**Weinstein & Riley, P.S.**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jordyn Robertson
　　　　　　　　　　　　　　　　　　　　　　　　Jordyn Robertson, Secured Bankruptcy Manager
　　　　　　　　　　　　　　　　　　　　　　　　2001 Western Avenue, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　Seattle, WA 98121
　　　　　　　　　　　　　　　　　　　　　　　　Contact phone# (877) 332-3543
　　　　　　　　　　　　　　　　　　　　　　　　Email: bncmail@w-legal.com
　　　　　　　　　　　　　　　　　　　　　　　　Representative for: Scolopax, LLC

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

In re:
Robert E. Griffin, Sr.
    Debtor.

CHAPTER 13
CASE NO. 20-21879

SSN # XXX-XX-1669

CERTIFICATE OF SERVICE

I, Poonsri Wallace, HEREBY CERTIFY under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 that a true and correct copy of the foregoing Notice of Withdrawal of Proof of Claim Number 8 was electronically filed using the Court's ECF system which will send notification of such filing, or by first class mail, postage pre-paid, on September 15, 2020 to the following parties:

Trustee via ECF
RONDA J WINNECOUR
cmecf@chapter13trusteewdpa.com

Debtor via First class mail
Robert E. Griffin, Sr.
328 Crescent Garden Drive
Pittsburgh, PA 15235

Debtors' Counsel via ECF
MICHAEL S GEISLER

U.S. Trustee via ECF
ustpregion03.pi.ecf@usdoj.gov

Dated: September 15, 2020

/s/ Poonsri Wallace
Poonsri Wallace