FILED
9/16/20 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Weinstein & Riley, P.S.**
2001 Western Ave., Suite 400
Seattle, WA 98121
Telephone: (206) 269-3490

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

In re:
Robert E. Griffin, Sr.
        Debtor.

SSN # XXX-XX-1669

CHAPTER 13
CASE NO. 20-21879

NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM

Related to Docket No. 34

TO: Attorney for the Debtor: Michael S. Geisler
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Scolopax, LLC, for account # **XXXXXTMO8**, in the amount of $252.52 docketed by the court on **August 18, 2020**, claim number 8.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:  September 15, 2020

**Weinstein & Riley, P.S.**

/s/ Jordyn Robertson
Jordyn Robertson, Secured Bankruptcy Manager
2001 Western Avenue, Suite 400
Seattle, WA 98121
Contact phone# (877) 332-3543
Email: bncmail@w-legal.com
Representative for: Scolopax, LLC

SO ORDERED
September 16, 2020

*[signature]*
drb

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 20-21879-GLT
Robert E. Griffin, Sr.                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: mgut               Page 1 of 1          Date Rcvd: Sep 16, 2020
                             Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2020.
```
db             #+Robert E. Griffin, Sr.,    328 Crescent Garden Drive,    Pittsburgh, PA 15235-3543
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15278282       +E-mail/Text: bncmail@w-legal.com Sep 17 2020 04:42:48      SCOLOPAX, LLC,
                C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +SCOLOPAX, LLC,    C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company et al.
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
               Hills jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
               jschwartz@mesterschwartz.com
              Michael S. Geisler    on behalf of Debtor Robert E. Griffin, Sr. m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Steven P Kelly    on behalf of Creditor    Deutsche Bank National Trust Company et al.
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 8
```