Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Robert E. Griffin Sr.** : | Case No. 20−21879−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | Related to Docket No. 32 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 24th of September, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 20-21879-GLT
Robert E. Griffin, Sr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dbas              Page 1 of 2              Date Rcvd: Sep 24, 2020
                            Form ID: 309            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db              #+Robert E. Griffin, Sr.,    328 Crescent Garden Drive,    Pittsburgh, PA 15235-3543
cr               +Deutsche Bank National Trust Company et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                   Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
cr               +Penn Hills School District and Municipality of Pen,    Tax Division,
                   c/o Maiello, Brungo & Maiello, LLP,    Foxpointe II,    100 Purity Rd, Ste. 3,
                   Pittsburgh, PA 15235-4441
15256391          Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                   Pittsburgh, PA 15219-1900
15256392         +Municipality of Penn Hills,    c/o Maiello, Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                   Pittsburgh, PA 15235-4441
15256393         +Penn Hills School District,    c/o Maiello Brungo & Maiello,    Foxpointe II,
                   100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
15256394         +Steven P. Kelly, Esquire,    Stern & Eisenberg, P.C.,    1581 Main Street,    Suite 200,
                   Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr               +EDI: AISACG.COM Sep 25 2020 07:48:00      Capital One Auto Finance, a division of Capital On,
                   4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
15278212         +E-mail/Text: bncmail@w-legal.com Sep 25 2020 03:52:23      Alliant Capital Management - HDH,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15256389         +EDI: AISACG.COM Sep 25 2020 07:48:00      Capital One Auto Finance,
                   c/o AIS Portfolio Services, L.P.,    P.O. Box 4360,    Houston, TX 77210-4360
15264211         +EDI: AISACG.COM Sep 25 2020 07:48:00      Capital One Auto Finance, a division of Capital On,
                   P.O. Box 4360,    Houston, TX 77210-4360
15257623         +E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2020 03:52:36
                   Deutsche Bank National Trust Company et al.,    c/o Select Portfolio Servicing, Inc.,
                   3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
15264670          E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2020 03:52:36
                   Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                   P.O. Box 65250,    Salt Lake City, UT 84165-0250
15256390         +E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2020 03:52:36
                   Deutsche Bank, National Trust Company,    c/o Select Portfolio Servicing, Inc.,
                   3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
15279852         +E-mail/Text: kburkley@bernsteinlaw.com Sep 25 2020 03:52:32      Duquesne Light Company,
                   c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                   Pittsburgh, PA 15219-1945
15278282         +E-mail/Text: bncmail@w-legal.com Sep 25 2020 03:52:23      SCOLOPAX, LLC,
                   C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Capital One Auto Finance
cr*              +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                   707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*              +SCOLOPAX, LLC,    C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                   SEATTLE, WA 98121-3132
15265586*         Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                   P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                 TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Sep 24, 2020
                              Form ID: 309            Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

```
          Brian  Nicholas    on behalf of Creditor    Deutsche Bank National Trust Company et al.
           bnicholas@kmllawgroup.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District and Municipality of Penn
           Hills jlc@mbm-law.net
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com,
           jschwartz@mesterschwartz.com
          Michael S. Geisler    on behalf of Debtor Robert E. Griffin, Sr. m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Steven P Kelly    on behalf of Creditor    Deutsche Bank National Trust Company et al.
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                             TOTAL: 8
```