**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT E. GRIFFIN, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>    vs.<br>No Respondents. | Case No.:20-21879 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/19/2020 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,254.82 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,254.82 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 49.57 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 49.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO - T<br>    Acct: 7558 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PENN HILLS MUNICIPALITY (RE TAX)<br>    Acct: R332 | 329.36 | 0.00 | 0.00 | 0.00 |
|   PENN HILLS SD (PENN HILLS) (RE)<br>    Acct: R332 | 4,212.38 | 0.00 | 0.00 | 0.00 |
|   DEUTSCHE BANK NATIONAL TRUST CO - T<br>    Acct: 1014 | 51,162.16 | 0.00 | 0.00 | 0.00 |
|   DEUTSCHE BANK NATIONAL TRUST CO - T<br>    Acct: 7558 | 105,444.39 | 0.00 | 0.00 | 0.00 |
|   PENN HILLS MUNICIPALITY (RE TAX)<br>    Acct: R332 | 626.85 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE AUTO FINANCE - DIV CAPITA<br>    Acct: 7450 | 20,142.58 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| Priority | | | | |
|   MICHAEL S GEISLER ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 20-21879 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ROBERT E. GRIFFIN, SR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (EIT)**<br>Acct: 1669 | 729.94 | 0.00 | 0.00 | 0.00 |
| MICHAEL S GEISLER ESQ<br>Acct: | 2,800.00 | 0.00 | 0.00 | 0.00 |
| ROBERT E. GRIFFIN, SR.<br>Acct: | 577.84 | 0.00 | 0.00 | 0.00 |
| ROBERT E. GRIFFIN, SR.<br>Acct: | 627.41 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (EIT)**<br>Acct: 1669 | 555.49 | 0.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK U<br>Acct: XXXXXXXXXXXXXXXX1879 | 577.84 | 577.84 | 0.00 | 577.84 |
| RONDA J WINNECOUR TRUSTEE/CLERK U<br>Acct: XXXXXXXXXXXXXXXX1879 | 627.41 | 627.41 | 0.00 | 627.41 |
| | | | | 1,205.25 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY*<br>Acct: 9715 | 2,592.33 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STERN & EISENBERG LP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JENNIFER L CERCE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SCOLOPAX LLC<br>Acct: TMOB | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLIANT CAPITAL MANAGEMENT - HDH<br>Acct: M6GB | 1,311.32 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 4661 | 125.60 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | 1,205.25 |
|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,490.68 |
| SECURED | 181,917.72 |
| UNSECURED | 4,029.25 |

Date: 12/11/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com